

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2021

No. 04-21-00011-CV

Amanda **WOOD** and C.E.W., Jr.,
Appellants

v.

Kenneth **VERNON**, Texas Department of Family and Protective Services, Katrina Fuller,
Family Endeavors, Inc.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI10235
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

A copy of appellants' notice of appeal was filed in this court on January 13, 2021. When the notice of appeal was filed, this court notified appellants in writing that:

(1) the filing fee in the amount of $205.00 had not been paid and
(2) the certificate of service attached to the notice of appeal did not certify that any court reporter was served in accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code.

The clerk instructed appellants to remit the filing fee and file an amended notice of appeal certifying proper service on the responsible court reporter by January 25, 2021. At this time, the filing fee has not been paid and an amended notice of appeal has not been filed.

We therefore **ORDER** appellants to show cause in writing, **by March 5, 2021,** that either: (1) the filing fee has been paid; or (2) appellants are entitled to appeal without paying the filing fee. If appellants fail to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

We further **ORDER** appellants, **by March 5, 2021**, to file either: (1) an amended notice of appeal in compliance with section 51.017(a) of the Texas Civil Practice and Remedies Code; or (2) a response stating that appellants will pursue this appeal without a reporter's record.

_____

Rebeca C. Martinez, Chief Justice


       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2021.

_____

Michael A. Cruz,
Clerk of Court